IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| ERIC HOUSTON, | : | |
| | : | |
| Petitioner, | : | |
| | : | CIVIL NO. 4:20-CV-00311-CDL-MSH |
| VS. | : | |
| | : | |
| CASEY, *et. al.*, | : | |
| | : | |
| Respondent. | : | |

## ORDER

Petitioner Eric Houston has filed an application for federal habeas corpus relief, pursuant to 28 U.S.C. § 2241, to challenge the legality of his confinement at the Robert A Deyton Detention Facility in Lovejoy, Georgia. ECF No. 1. He has not yet paid the required filing fee in this case. A review of the Court's records also reveals that the above-captioned petition is nearly identical to one filed to initiate a previous active habeas action, *see Houston v. Pearce, et.al*, 7:20-cv-00250-HL-TQL.[1]

"As part of its general power to administer its docket, a district court may stay or dismiss a suit that is duplicative" of another active case. *Curtis v. Citibank*, 226 F.3d 133, 138 (2d Cir. 2000). "[A] suit is duplicative … if the parties, issues, and available relief do not significantly differ between the two actions." *IA. Durbin, Inc. v. Jefferson Nat'l Bank*, 793 F.2d 1541, 1551 (11th Cir. 1986). Because the pleadings in these cases are identical

---

[1] Petitioner also has filed a similar pleading as a §1983 civil rights complaint in *Houston v. Pearce,* 7:20-cv-00257-HL-TQL that is being transferred to the Northern District of Georgia as was *Houston v. Pearce*, 4:20-cv-00312-CDL-MSH and *Houston v. Pearce,* 5:20-cv-00460-TES-CHW.

and seek the same relief from the same indictment, the present action is **DISMISSED** as duplicative. Plaintiff shall proceed with his habeas claims in *Houston v. Pearce, et.al*, 7:20-cv-00250-HL-TQL, and all documents filed should show that case number.

**SO ORDERED**, this 14th day of January, 2021.

_____
S/Clay D. Land_____
CLAY D. LAND
UNITED STATES DISTRICT JUDGE